**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ANDREW RICHARD CUMMINS, III**                               **PLAINTIFF**
**ADC #146443**

V.                **CASE NO. 5:16CV00040 JLH-BD**

**MELANIE JONES, et al.**                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Cummins's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 18, 2017 Order and his failure to prosecute this case. The Defendants' pending motions to dismiss (docket entries #66, #70) are DENIED as moot. The Clerk is instructed to close this case.

IT IS SO ORDERED this 14th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE